BUTZNER, Senior Circuit Judge,
concurring:
I concur in the denial of the relief requested by Angel Francisco Breard. I write separately to emphasize the importance of the Vienna Convention.
I
The Vienna Convention facilitates “friendly relations among nations, irrespective of their differing constitutional and social systems.” The Vienna Convention on Consular Relations, opened for signature Apr. 24, 1963, 21 U.S.T. 78, 79 (ratified by the United States Nov. 12, 1969). Article 36, provides:
1. With a view to facilitating the exercise of consular functions relating to nationals of the sending State:
(b) if he so requests, the competent authorities of the receiving State shall, without delay, inform the consular post of the sending State if, within its consular district, a national of that State is arrested or committed to prison or to custody pending trial or is detained in any other manner. Any communication addressed to the consular post by the person arrested, in prison, custody or detention shall also be forwarded by the said authorities without delay. The said authorities shall inform the person concerned without delay of his rights under this subparagraph;
(c) consular officers shall have the right to visit a national of the sending State who is in prison, custody or detention, to *622 converse and correspond with him and to arrange for his legal representation. They shall also have the right to visit any national of the sending State who is in prison, custody or detention in their district in pursuance of a judgment. Nevertheless, consular officers shall refrain from taking action on behalf of a national who is in prison, custody or detention if he expressly opposes such action.
2. The rights referred to in paragraph 1 of this Article shall be exercised in conformity with the laws and regulations of the receiving State, subject to the proviso, however, that the said laws and regulations must enable full effect to be given to the purposes for which the rights accorded under this Article are intended. Id. at 101.
II
The Vienna Convention is a self executing treaty — it provides rights to individuals rather than merely setting out the obligations of signatories. See Faulder v. Johnson, 81 F.3d 515, 520 (5th Cir.1996) (assuming the same). The text emphasizes that the right of consular notice and assistance is the citizen’s. The language is mandatory and unequivocal, evidencing the signatories’ recognition of the importance of consular access for persons detained by a foreign government.
The provisions of the Vienna Convention have the dignity of an act of Congress and are binding upon the states. See Head Money Cases, 112 U.S. 580, 598-99, 5 S.Ct. 247, 253-54, 28 L.Ed. 798 (1884). The Supremacy Clause mandates that rights conferred by a treaty be honored by the states. United States Const, art. VI, cl. 2. The provisions of the Convention should be implemented before trial when they can be appropriately addressed. Collateral review is too limited to afford an adequate remedy.
III
The protections afforded by the Vienna Convention go far beyond Breard’s case. United States citizens are scattered about the world — as missionaries, Peace Corps volunteers, doctors, teachers and students, as travelers for business and for pleasure. Their freedom and safety are seriously endangered if state officials fail to honor the Vienna Convention and other nations follow their example. Public officials should bear in mind that “international law is founded upon mutuality and reciprocity....” Hilton v. Guyot, 159 U.S. 113, 228, 16 S.Ct. 139, 168, 40 L.Ed. 95 (1895).
The State Department has advised the states, including Virginia, of their obligation to inform foreign nationals of their rights under the Vienna Convention. It has advised states to facilitate consular access to foreign detainees. Prosecutors and defense attorneys alike should be aware of the rights conferred by the treaty and their responsibilities under it. The importance of the Vienna Convention cannot be overstated. It should be honored by all nations that have signed the treaty and all states of this nation.